**836**

### Michael J. FEROLA

v.

### STATE.

#### No. 81–553–M.P.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Michael J. Ferola, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

#### ORDER

Treating the petitioner's letter as a petition for writ of habeas corpus, the state is directed to file its answer to the petition and therein to *show cause*, if any it has, why the petition should not be granted, said answer to be made in compliance with the provisions of Rule 14.

### Pasco E. RANDALL

v.

### Marilyn KATZ.

#### No. 81–256–A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Levy, Goodman, Semonoff & Gorin, Seth K. Gifford, Gunning, LaFazia & Gnys, Inc,

Edward P. Sowa, Jr., Providence, for plaintiff.

Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio, Providence, for defendant.

#### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for oral argument.

### Benedetto FERRAZZANO et ux.

v.

### Wendall J. FLANDERS.

#### No. 81–318–A.

Supreme Court of Rhode Island.

Nov. 25, 1981.

Edward P. Manning, Providence, for plaintiffs.

Stephen F. Mullen, Chief Special Counsel, Dept. of Transportation, Providence, for defendant.

#### ORDER

The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. The defendant's motion to supplement the record with the description of land taken in Highway Plat # 1814, as prayed, is denied and plaintiff's motion to strike said document from the appendix to defendant's brief is granted.